UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. CR420 122 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Possession of Firearm by |
| MICHAEL ALVIN JACKSON | ) | Prohibited Person |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about August 11, 2019, in Chatham County, within the Southern District of Georgia, the defendant,

**MICHAEL ALVIN JACKSON,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, an Arcus Company Model 98DAC, 9mm Parabellum pistol, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).



*[Signatures On The Following Page]*

1

A True Bill.

_____
David H. Estes
First Assistant United States Attorney

_____
Darron J. Hubbard
Special Assistant United States Attorney
*Lead Counsel

_____
Karl Knoche
Chief, Criminal Division
Assistant United States Attorney

2