| | | |
|---|---|---|
| **SENTENCING MINUTES** | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF GEORGIA<br>SAVANNAH DIVISION | **JUDGE:** R. STAN BAKER<br>**DATE:** 10-15-2021 |

**CRIMINAL CASE NO. CR 4:20-cr-122**
**UNITED STATES OF AMERICA VS. Michael Alvin Jackson**

COURTROOM DEPUTY  Pam Hammock          COURT REPORTER  Kelly McKee

**ATTORNEY(S) FOR THE GOVERNMENT:**          **ATTORNEY(S) FOR THE DEFENDANT:**

Darron Hubbard, AUSA                                Joseph Williams, appointed

U.S. PROBATION OFFICER:                            DEFENDANT SENTENCED ON COUNT(S)

Sarah Railling                                     One (1) of the Indictment

[X] Presentence Report Reviewed In Full    Custody    41    Months B.O.P.

[ ] Objections to Factual Basis            Probation _____

[ ] Objections To Guidelines Calculations  Supervised Release    3    Years

[ ] Probation Officer Testifies            Special Conditions  as Ordered by the Court

[ ] Changes Ordered in Factual Basis/Calculations   Fine $ none

[X] No Changes Ordered                     Restitution $ none

[X] Findings Of The Court                  Special Assessment $ 100

[ ] Factual Witnesses Testify              To Be Paid  immediately

[X] Statements Of Counsel                  Community Service _____

[X] Statements By Defendant                Facility Recommended  - RDAP

[X] Sentence Pronounced                    Defendant Remanded To The USM  - Y

**OTHER DIRECTIVES OF THE COURT**          Voluntary Surrender _____

[ ] Attach Statement of Reasons to the Judgment    To USM [X]   To Facility [ ]

[ ] Transcribe Statement of Reasons        Nolle Prosse Count(s) _____

[X] Appeal Rights of Defendant Explained   Plea Agreement Accepted and Ratified  - Y

[ ] Appellate Disclosure Forms Provided    Departure From Guidelines _____

[X] Notice of Counsel's Post-Conviction Obligations Provided    Upward _____   Downward _____

U.S. Deputy Marshal  Frieberg              Time  11:40  to  12:10  Total  00:30

Court Security Officer  Agnew